IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC SWINK,
ADC #161772                                                                                          PLAINTIFF

v.                          Case No. 3:15-cv-325-KGB/JTR

GREENE COUNTY SHERIFF'S OFFICE; and
DOES, Unknown Correctional Officers,
Greene County Sheriff's Office                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. This case is dismissed without prejudice for failing to state a claim upon which relief may be granted.

2. Dismissal constitutes a strike, as defined by 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of January, 2016.

_____
Kristine G. Baker
United States District Judge