## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ERIC SWINK,**
**ADC #161772**                                                           **PLAINTIFF**

**v.**                            **Case No. 3:15-cv-325-KGB/JTR**

**GREENE COUNTY SHERIFF'S OFFICE; and**
**DOES, Unknown Correctional Officers,**
**Greene County Sheriff's Office**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice. The

relief sought is denied.  The Court certifies that an *in forma pauperis* appeal would not be taken

in good faith.

SO ADJUDGED this 6th day of January, 2016.


_____
Kristine G. Baker
United States District Judge